IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| HOLLEY F. WHITFIELD <br> and MICHAEL WHITFIELD, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHERN MARYLAND HOSPITAL, INC., <br> *et. al.*, <br><br> Defendants. | * <br> * <br> * <br> * <br> *   Civil Action No. DKC 12-2749 <br> * <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF PARTIAL DISMISSAL

Come now the undersigned parties, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(ii), hereby stipulate to the dismissal, *with prejudice*, of Defendant Southern Maryland Hospital, Inc.

Dated: February 24, 2015.

                                                                Respectfully submitted,

*/s/ Carolyn Israel Stein*                      *Matthew A. Nace*
Carolyn Israel Stein, Esq.                   Barry J. Nace, Esq.
Bonner Kiernan Trebach & Crociata, LLC     Matthew A. Nace, Esq.
1233 20TH Street, NW, 8th Floor        Paulson & Nace, PLLC
Washington, D.C. 20036                      1615 New Hampshire Avenue, NW
(202) 712-7000                              Washington, D.C. 20009
*Counsel for Defendant*                     (202) 463-1999
*Southern Maryland Hospital, Inc.*          *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, postage prepaid, this 24th day of February, 2015, to:

>J. Eric Rhoades, Esq.
>Armstrong Donohue Ceppos Vaughn & Rhodes, Chtd.
>204 Monroe Street, Suite 101
>Rockville, Maryland 20850-4434
>*Counsel for Defendants Lornette Mills, M.D. and Gastrointestinal Associates of Maryland*
>
>Curtis H. Booth, Esq.
>Cowdrey Thompson, A Professional Corporation
>130 N. Washington St.
>P.O. Box 1747
>Easton, Maryland 21601
>*Counsel for Defendants Edna Ruth Hill, M.D. and Weatherby Locums, Inc.*
>
>／s/ *Carolyn Israel Stein*
>Carolyn Israel Stein, Esq.