IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HOLLEY WHITFIELD, et al
    **Plaintiff**    *

vs.    *    Case No.: WMN-12-2749

LORNETTE MILLS, M.D., et al    *
    **Defendant**
    *

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| **PLAINTIFF'S EXHIBITS** | **DEFENDANT'S EXHIBITS** |
|---|---|
| ALL | ALL |
| All Plaintiff's exhibits returned: _____ | All Defendant's exhibits returned: _____ |

Received the above listed exhibits this date:

Counsel for Plaintiffs:    Counsel for Defendant(s):

*Barry Nace, Esq.*    *Jon Eric Rhoades, Esq.*

    *Curtis Booth, Esq.*

Date: April 23, 2015

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits