IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HOLLEY F. WHITFIELD, et al  \*
    Plaintiff
                                      \*

v.                                Case No. WMN-12-2749
                                   \*

EDNA RUTH HILL, M.D., et al
    Defendant         \*\*\*\*\*\*

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendants, Edna Ruth Hill, M.D., Lornette Mills, M.D., and Gastrointestinal Associates of Maryland, P.A. against the Plaintiffs, Holley Whitfield and Michael Whitfield it is this 29th day of April, 2015,

**ORDERED**,

1. Judgment is entered in favor of Defendants, Edna Ruth Hill, M.D., Lornette Mills, M.D., and Gastrointestinal Associates of Maryland, P.A. against Plaintiffs, Holley Whitfield and Michael Whitfield with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

                                                        *William M. Nickerson*
                                                        *Senior United States District Judge*