IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **HOLLEY F. WHITFIELD, et al.,** | : |
| Plaintiffs, | : |
| v. | :  Civil Case No.: 8:12-CV-02749-DKC |
| **EDNA HILL, M.D., et al.** | : |
| Defendants. | : |

## LINE BY ALL DEFENDANTS WITHDRAWING POST-TRIAL BILL OF COSTS

This matter was tried to a jury verdict which was delivered on April 23, 2015 in favor of all Defendants. The judgment in favor of the Defendants became final on April 29, 2015 when the Order of Judgment by Judge Nickerson was docketed. Thereafter, the respective Defendants filed Bill of Costs, supporting memoranda and affidavits seeking repayment of costs pursuant to Federal Rule of Civil Procedure 54 and Local Rule 109. The Defendants, by and through their undersigned counsel, hereby voluntarily abandon their pursuit of costs and withdraw in total all pleadings and other documents filed with the court in support of their respective Bill of Costs.

| | |
|---|---|
| ARMSTRONG, DONOHUE, CEPPOS, VAUGHAN & RHOADES, CHARTERED | COWDREY THOMPSON |
| /s/ Eric Rhoades, Esquire | /s/ Curtis H. Booth, Esquire |
| Eric Rhoades, Esquire  #12605 | Curtis H. Booth, Esquire #24662 |
| 204 Monroe Street, Suite 101 | (*signed by Eric Rhoades, Esquire, with permission of Curtis H. Booth*) |
| Rockville, Maryland 20850 | 130 N. Washington Street, P.O. Box 1747 |
| (301) 251-0440 | Easton, Maryland  21601 |
| *Attorney for Defendants Lornette Mills, M.D. and Gastrointestinal Associates of Maryland, P.A.* | (410) 822-6800 |
| | *Attorney for Edna Ruth Hill, M.D.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2015, a copy of the foregoing LINE BY ALL DEFENDANTS WITHDRAWING POST-TRIAL BILL OF COSTS was mailed, postage prepaid, via first class mail to:

Barry Nace, Esquire
Matthew Nace, Esquire
PAULSON & NACE
1615 New Hampshire Avenue, N.W.
Washington, DC  20009

_____/s/_____
Eric Rhoades